# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2025

*The Court of Appeals hereby passes the following order:*

## A25I0257. PHILLIP E. HADLEY et al v. ADVOCACY TRUST, LLC, AS CONSERVATOR OF THE PROPERTY OF AVN SYE, A MINOR et al.

The parents of Avn Sye, together with the conservator of Avn's property, filed the underlying lawsuit seeking to recover for injuries the child sustained during the birth process. The suit named five defendants, including Phillip E. Hadley, M. D. and his practice, Metro Women's Health Specialists, LLC. Hadley and his practice filed a motion for summary judgment on the claims asserted against them, which the trial court denied. They then filed the current application for an interlocutory appeal. Hadley and Metro Women's Health have now have filed a motion to withdraw their application, stating that the need for such an appeal "has been mooted." The motion is hereby GRANTED, and this application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/25/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*